**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO, WESTERN DIVISION**

| | | |
|---|---|---|
| Dawson Price, et. al., | ) | **Case No: 3:25-cv-02044** |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | **Judge Jack Zouhary** |
| | ) | |
| The Glenmede Trust | ) | |
| Company, N.A., | ) | **Magistrate Darrell A. Clay** |
| | ) | |
| *Defendant.* | ) | |

---

**PLAINTIFFS' NOTICE OF APPEAL**
**TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT**

The Plaintiffs, Dawson Price, Blake Price, Chase Epstein, and Caroline Epstein, hereby give notice of their appeal to the United States Court of Appeals for the Sixth Circuit from the Order granting Defendant's motion to dismiss, (Doc. #33), upon which the District Court has entered final judgment, (Doc. #34), dated July 21, 2026.

Respectfully submitted,

MEYER WILSON WERNING CO., LPA

*/s/ David P. Meyer*
David P. Meyer (0065205)
dmeyer@meyerwilson.com
Courtney M. Werning (0089120)
cwerning@meyerwilson.com
John C. Camillus (0077435)
jcamillus@meyerwilson.com
305 W. Nationwide Blvd.
Columbus, Ohio 43215
Telephone: (614) 224-6000

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2026, I electronically filed the foregoing paper(s) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys on record.

*/s/ David P. Meyer*________
David P. Meyer